**Edward GOODE, Petitioner,**

**v.**

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 2008–3309.**

United States Court of Appeals, Federal Circuit.

May 8, 2009.

Stuart A. Kirsch, Assistant General Counsel–Litigation, American Federation of Government Employees, of Riverdale, GA, argued for petitioner. With him on the brief was Mark D. Roth, General Counsel, of Washington, DC.

Hilliary A. Stern, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

RADER, LINN, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.